FILED

08 MAY 15 PM 4:07

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ___EC___    DEPUTY

1  MELINDA S. RIECHERT, State Bar No. 65504
   MORGAN, LEWIS & BOCKIUS LLP
2  2 Palo Alto Square
   3000 El Camino Real, Suite 700
3  Palo Alto, CA 94306-2212
   Tel: 650.843.4000
4  Fax: 650.843.4001
   Email: mriechert@morganlewis.com
5
   ROBERT J. HUDOCK, State Bar No. 208633
6  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
7  Twenty-Second Floor
   Los Angeles, CA 90071-3132
8  Tel: 213.612.2500
   Fax: 213.612.2501
9  Email: rhudock@morganlewis.com

10 Attorneys for Defendant
   AllianceOne, Inc.
11

12              UNITED STATES DISTRICT COURT

13            SOUTHERN DISTRICT OF CALIFORNIA

14                                    '08 CV 0874 BTM POR

15 SONIA FLORES,
                                    Case No. _____
16              Plaintiff,
                                    NOTICE OF PARTY WITH FINANCIAL
17      vs.                         INTEREST

18 ALLIANCEONE, INC., Does I through V,

19              Defendants.

20 TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT FOR

21 THE SOUTHERN DISTRICT OF CALIFORNIA AND TO PLAINTIFF SONIA FLORES

22 AND HER ATTORNEYS OF RECORD:

23      Pursuant to Federal Rules of Civil Procedure, Rule 7.1, and Civil Local Rule 40.2, the

24 undersigned counsel of record for Defendant AllianceOne, Inc. represents that it is a wholly

25 owned subsidiary of parent company TPUSA Inc, a Delaware Corporation, doing business as

26 Teleperformance.

27

28

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/993296.1
                                                    NOTICE OF PARTY WITH
                                                    FINANCIAL INTEREST



1   Dated: May 16, 2008

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MORGAN, LEWIS & BOCKIUS LLP
MELINDA S. RIECHERT
ROBERT J. HUDOCK

By _____
    Robert J. Hudock
    Attorneys for Defendant
    AllianceOne, Inc.

MORGAN, LEWIS &
BOCKIUS LLP
ATTORNEYS AT LAW
LOS ANGELES

1-LA/993296.1

2

NOTICE OF PARTY WITH
FINANCIAL INTEREST