UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| SONIA FLORES, | Civil No. 08-cv-874-BTM (POR) |
|---|---|
| Plaintiff, | **ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, SCHEDULING RULE 26 COMPLIANCE AND NOTICE OF SETTLEMENT CONFERENCE** |
| v. | |
| ALLIANCEONE, INC., a corporation licensed to do business in California, | |
| Defendant. | |

On June 9, 2008, the Court held an Early Neutral Evaluation Conference. Plaintiff Sonia Flores appeared, with Lynn Ball as counsel. Defendant failed to appear. Robert Hudock appeared telephonically as counsel for Defendant. After consulting with counsel for the parties and discussing compliance with Federal Rule of Civil Procedure 26, IT IS HEREBY ORDERED:

1. The Rule 26(f) conference shall be completed on or before **July 7, 2008**.

2. A Discovery Plan shall be lodged with the Honorable Louisa S. Porter on or before **July 17, 2008**. The Discovery Plan may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

3. Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A-D), initial disclosures shall be made on or before **July 23, 2008**.

4. A Settlement Conference shall be held on **August 5, 2008** at **10:00 a.m.** in Judge Porter's Chambers, First Floor, 940 Front Street, San Diego, California. **All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference.**

Counsel shall lodge confidential settlement statements directly with the chambers of Judge Porter on or before **August 1, 2008**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. Settlement statements shall not be filed with the Clerk of the Court. The briefs may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

5. Counsel for Plaintiff shall serve a copy of this order on any parties that enter this case hereafter.

6. Failure of any counsel or party to comply with this order shall be cause for the imposition of sanctions.

DATED: June 10, 2008

_____
LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Barry Ted Moskowitz
    all parties