UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA FLORES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLIANCEONE, INC., a corporation licensed to do business in California,<br><br>　　　　　　　　　　　Defendant. | Civil No.   08-cv-874-BTM (POR)<br><br>**ORDER RESCHEDULING SETTLEMENT CONFERENCE** |

On July 15, 2008, counsel for both parties contacted chambers to jointly request that the Settlement Conference scheduled to be held on August 5, 2008 be rescheduled. The request is made due to a scheduling conflict which has arisen for Plaintiff's counsel. By agreement of the parties, the Settlement Conference is hereby rescheduled to **August 18, 2008** at **10:00 a.m.** <u>All counsel, all parties, and any other person(s) whose authority is required to negotiate and enter into settlement shall appear in person at the conference</u>.

Counsel shall lodge confidential settlement statements directly with the chambers of Judge Porter on or before **August 13, 2008**. The settlement statements should include a neutral factual statement of the case, identify controlling legal issues, and concisely set out issues of liability and damages, including any settlement demands and offers to date and addressing special and general damages where applicable. Settlement statements <u>shall not</u> be filed with the Clerk of the Court. The briefs may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

///

///

- 1 -

If the case does not settle at the Settlement Conference, a Case Management Conference shall follow immediately thereafter.

DATED: July 16, 2008

*Louisa Porter*
LOUISA S PORTER
United States Magistrate Judge

cc:   The Honorable Barry Ted Moskowitz
      all parties