UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONIA FLORES,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>ALLIANCEONE, INC., a corporation licensed to do business in California,<br><br>　　　　　　　　　　　Defendant. | Civil No.   08-cv-874-BTM (POR)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE AND SCHEDULING SETTLEMENT DISPOSITION CONFERENCE** |

　　　　Counsel for both parties contacted the Court on August 14, 2008 and represented that this case has settled. Accordingly, IT IS HEREBY ORDERED:

　　　　1.　　The Settlement Conference scheduled for **August 18, 2008** is hereby VACATED.

　　　　2.　　A Joint Motion for Dismissal shall be submitted to the Honorable Barry Ted Moskowitz on or before **September 22, 2008.**  A courtesy copy shall be delivered to the chambers of the Honorable Louisa S. Porter.  The courtesy copy may be lodged with chambers via e-mail to efile_Porter@casd.uscourts.gov.

　　　　2.　　If a Joint Motion for Dismissal is not submitted on or before , then a Settlement Disposition Conference shall be held on **September 23, 2008,** at **9:30 a.m.** before Judge Porter.  The conference shall be <u>telephonic</u>, with <u>attorneys only</u>. Defendant's counsel shall arrange and initiate the conference call.

///

///

- 1 -　　　　　　　　　　　　　　　　　　　　　　　　08cv874

3.  If a Joint Motion for Dismissal is received on or before September 22, 2008, the Settlement Disposition Conference shall be VACATED without further court order.

DATED: August 15, 2008

LOUISA S PORTER
United States Magistrate Judge

cc: The Honorable Barry Ted Moskowitz
all parties

- 2 -    08cv874